**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ANDRE LAMONT GRAYSON,        )   NO. ED CV 15-00145-VBF(E)
                             )
          Plaintiff,         )
                             )
     v.                      )   JUDGMENT
                             )
SAN BERNARDINO COUNTY et al.,)
                             )
          Defendants.        )
_____)
```

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 30, 2015

*/s/ Valerie Baker Fairbank*
_____
     VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE